FILED
CLERK, U.S. DISTRICT COURT

June 3, 2016.

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CBA PROPERTY MANAGEMENT, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LORETHA DANCY, ALEXIS RAMIREZ, DOES 1 to 10,<br><br>　　　　Defendants. | Case No. CV 16-3775-SJO (SSx)<br><br>**ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION** |

　　　The Court will remand this unlawful detainer action to state court summarily because Defendant removed it improperly.

　　　On May 31, 2016, Defendant Loretha Dancy, having been sued in what appears to be a routine unlawful detainer action in California state court, filed a Notice Of Removal of that action to this Court and also presented an application to proceed <u>in forma pauperis</u>. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

Simply stated, this action could not have been originally filed in federal court because the complaint does not competently allege facts supporting either diversity or federal-question jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a); see Exxon Mobil Corp. v. Allapattah Svcs., Inc., 545 U.S. 546, 563 (2005). Defendant's Notice Of Removal conclusorily asserts that "Defendant alleges Plaintiff does not reside in this state and damages as a result of an unfair eviction will exceed amounts noted in 28 USC Section 1332." (Notice Of Removal at 2). These allegations are inadequate to confer jurisdiction over this unlawful detainer action.

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, Central District, County of Los Angeles, 110 North Grand Ave., Los Angeles, CA 90012, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) the Clerk send a certified copy of this Order to the state court; and (3) the Clerk serve copies of this Order on the parties. IT IS SO ORDERED.

DATED: June 3, 2016.

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE